IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(AUSTIN DIVISION)

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> VMWARE, INC., § <br> § <br> Defendant. § <br> § | C.A. No.: 1:23-cv-00771-DII <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF BRIAN C. NASH

Notice is hereby given that Brian C. Nash of Morrison Foerster LLP enters his appearance in this matter as counsel on behalf of Defendant VMware, Inc.

Brian C. Nash may receive all communications from the Court and from other parties at Morrison Foerster LLP, 300 Colorado Street, Suite 1800, Austin, Texas 78701; Telephone: 512.617.0650; Facsimile: 737.910.0730; email: BNash@mofo.com.

Dated: August 9, 2023

Respectfully submitted,

*/s/ Brian C. Nash*
Brian C. Nash

BRIAN C. NASH (TX SBN 2405113)
BNash@mofo.com
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, Texas 78701
Telephone: 512.617.0650
Facsimile: 737.910.0730

*Attorneys for Defendant*
VMARE, INC.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Brian C. Nash*
Brian C. Nash