IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(AUSTIN DIVISION)

| | | |
|---|---|---|
| SPEECH TRANSCRIPTION, LLC, | § § § | |
| Plaintiff, | § § | C.A. No.: 1:23-cv-00771-DII |
| v. | § § | |
| VMWARE, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

**VMWARE'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SPEECH TRANSCRIPTION'S COMPLAINT**

Defendant VMware, Inc. ("VMware" or "Defendant") moves the Court to extend the deadline for VMware to answer or otherwise respond to Plaintiff Speech Transcription, LLC's ("Speech Transcription" or "Plaintiff") Complaint.

Speech Transcription filed its Complaint on July 7, 2023, alleging infringement of U.S. Patent No. 8,938,799 (the "'799 Patent") by VMware. Speech Transcription served VMware on July 19, 2023. The current deadline for VMware to answer or otherwise respond to Speech Transcription's Complaint is August 9, 2023.

VMware seeks an extension of 30 days to answer or respond to the Complaint while it determines whether an amicable resolution is possible. The deadline to answer or otherwise respond has not previously been extended.

VMware's counsel has attempted to contact Speech Transcription's counsel regarding the proposed extension via email and phone multiple times over the past few days, but Speech Transcription's counsel has not responded.

1

Wherefore, VMware respectfully requests that the Court grant this motion and enter an order extending the deadline for VMware to answer or otherwise respond to the Complaint to September 8, 2023.

Dated: August 9, 2023

Respectfully submitted,

/s/ *Brian C. Nash*
Brian C. Nash

BRIAN C. NASH (TX SBN 2405113)
BNash@mofo.com
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, Texas 78701
Telephone: 512.617.0650
Facsimile: 737.910.0730

*Attorneys for Defendant*
VMARE, INC.

## **CERTIFICATE OF CONFERENCE**

I hereby certify that VMware's counsel has attempted to contact Speech Transcription's counsel regarding the proposed extension via email and phone multiple times over the past few days, but Speech Transcription's counsel has not responded.

                                              /s/ *Brian C. Nash*
                                              Brian C. Nash

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              /s/ *Brian C. Nash*
                                              Brian C. Nash