# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC**<br><br>**Plaintiff**<br><br>v.<br><br>**VMWARE, INC.,**<br><br>**Defendants** | Case No. 1:23-cv-00771-DII<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC respectfully submits this notice of voluntary dismissal with prejudice of Defendant VMware, Inc.

Dated:  August 23, 2023

Respectfully submitted,

*/s/ René A. Vazquez*
René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com

**GARTEISER HONEA PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Tel: (888) 908-4400
Fax: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 23rd day of August, 2023.

>                            */s/ René A. Vazquez*
>                            René A. Vazquez